FILED: June 6, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4143
(3:11-cr-00003-RJC-5)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

VICTOR DANIEL PINEDA-COTO

    Defendant - Appellant

_____

No. 13-4259
(3:11-cr-00003-RJC-8)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSE DE JESUS GONZALEZ-ESTRADA, a/k/a Chewy

    Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to deconsolidate and deconsolidates further proceedings on appeal in these cases.

The briefing deadlines are not altered by this order.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk